[No. 24317–9–I.   Division One.   August 6, 1990.]

TOMAS S. CASADO, ET AL, *Appellants,* v. HERBERT
LUTZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 87–2–10659–4, Dale B. Ramerman, J., entered

May 30, 1989. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Pekelis, J.